# United States District Court
## *Southern District of Georgia*

JOY HASKINS

_____
Plaintiff

Case No.  1:24-CV-00071 - JRH BKE

v.  THE HERSHEY COMPANY and
THE KROGER CO.
_____
Defendant

Appearing on behalf of
The Hershey Company
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __June__, __2024__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Lindsay G. Ferguson

Business Address: Weinberg, Wheeler, Hudgins, Gunn & Dial
Firm/Business Name

3344 Peachtree Road, NE, Suite 2400
Street Address

Atlanta   GA   30326
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

404-876-2700              140970
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: lferguson@wwhgd.com